IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CHRISTOPHEER LEE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FOUNDATION ENERGY MANAGEMENT, LLC.<br><br>Defendant. | CV-19-83-GF-BMM-JTJ<br><br><br>**ORDER** |

Plaintiff has moved for admission of Taylor A. Jones (Ms. Jones), (Doc. 32), to practice before this Court in this case with Caitlin Boland Aarab of Boland Aarab, PLLP, to act as local counsel. Ms. Jones' application appears to be in compliance with L.R. 83.1(d).

**IT IS HEREBY ORDERED:**

Plaintiff's motion to allow Ms. Jones to appear on his behalf (Doc. 32) is **GRANTED** on the following conditions:

1. Local counsel, Ms. Aarab, will be designated as lead counsel or as co-lead counsel with Ms. Jones. Ms. Jones must do her own work. She must do her own writing, sign her own pleadings, motions, briefs and other documents served or filed by her, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel, Ms. Aarab, shall

-1-

also sign such pleadings, motions and briefs and other documents served or filed.

2. Admission is not granted until Ms. Jones, within fifteen (15) days from the date of this Order has filed an acknowledgment and acceptance of her admission under the terms set forth above.

3. Admission is personal to Ms. Jones.

DATED this 18th day of May, 2020.

John Johnston
United States Magistrate Judge